**In the Matter of Milton E. RAIFORD.**

**Petition for reinstatement.**

**No. 42 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 7, 2001, the Petition for Reinstatement is denied.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation

and processing of the Petition for Reinstatement.